**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
In Re:                                              CHAPTER 13
                                                    Case No. 14-35174 (CGM)
      **Veronica C. Hosking,**

                        **Debtor.**
-----------------------------------------------------X

## ORDER SANCTIONING RUSHMORE LOAN MANAGEMENT SERVICES FOR FAILURE TO ACT IN GOOD FAITH IN ACCORDANCE WITH THIS COURT'S LOSS MITIGATION PROGRAM PROCEDURES

Upon the Memorandum Decision entered by this Court on April 20, 2015, sanctioning Rushmore Loan Management Services ("Rushmore") for contempt of the Court's July 8, 2014 Loss Mitigation Order and for failure to participate in good faith in this Court's Loss Mitigation Program in connection with the Debtor's application, and holding Rushmore in civil contempt and in bad faith, and awarding the Debtor actual damages, including travel expenses in connection with her attendance at the February 25, 2015 evidentiary hearing and her attorney's fees and costs incurred in connection with Debtor's request for loss mitigation; and

Upon Debtor's counsel having filed an Affidavit setting forth the Debtor's actual damages, including travel expenses in the amount of $5.64 and attorney's fees and costs in the amount of $3,520.30 on May 12, 2015; and

Good and sufficient cause appearing,

**IT IS HEREBY ORDERED** that the Debtor is awarded reimbursement for travel expenses in the amount of FIVE DOLLARS AND SIXTY FOUR CENTS ($5.64) and attorney's fees and expenses in the amount of THREE THOUSAND FIVE HUNDRED TWENTY DOLLARS AND THIRTY CENTS ($3,520.30), for a total award of THREE THOUSAND FIVE HUNDRED

TWENTY FIVE DOLLARS AND NINETY FOUR CENTS ($3,525.94) and that Rushmore pay said sum to Stacey P. Byford, Esq. on behalf of the debtor within ten (10) days of the entry of this Order.



**Dated: May 13, 2015**
    **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**