UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                    Chapter 13

    Veronica C. Hosking          Case Nos.:  14-35174 (CGM)
                                                                       15-03999 (VLB)

                Debtor(s)          NOTICE OF MOTION FOR AN
                                   ORDER GRANTING A STAY
                                   <u>PENDING APPEAL</u>

_____

**PLEASE TAKE NOTICE** that upon the annexed motion of Knuckles, Komosinski & Elliott LLP, Stuart L. Kossar, Esq. on behalf of Rushmore Loan Management Services LLC will move this Court on:

<u>June 30, 2015 at 9:30 a.m.</u>, at the
**United States Bankruptcy Courthouse
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315**

or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 8007 of the Federal Rule of Bankruptcy Procedure for the entry of an order granting a stay of all bankruptcy proceedings and payment in the sum of $3,525.94 to Debtor's Attorney Stacey P. Byford, Esq. pending the appeal of the Order entered on May 14, 2015 (Docket Entry #75), and for such other and further relief as this Court may deem just and proper.

1

Dated: Elmsford, New York
June 8, 2015

                                              Knuckles, Komosinski & Elliott LLP
                                              Rushmore Loan Management Services LLC

                                              By: _____
                                              STUART L. KOSSAR, ESQ.
                                              565 Taxter Road, Suite 590
                                              Elmsford, New York 10523
                                              (914) 345-3020
                                              slk@kkelaw.com