UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

In Re:


VERONICA HOSKING,                                    CHAPTER 13



                        Debtor.                      Case No. 14-35174(cgm)

--------------------------------------------------X

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The Debtor, Veronica Hosking, having moved this Court pursuant to General Order #M-362 for an order approving a loan modification agreement dated February 23, 2016 (the "Application") attached hereto as Exhibit "A," modifying the mortgage held by Rushmore Loan Management Services, with the address of Attn: Michael O'Hanion, Director, 15480 Laguna Canyon Rd., Ste 100, Irvine, CA 92618, against the Debtor's residence, and all creditors, the Chapter 13 trustee, and all parties who have filed a notice of appearance in the case having been given proper notice, and no objections having been filed, and it appearing that said loan modification is proper and in the best interest of the debtor and the estate,

NOW, on application of the Debtor, it is hereby

ORDERED, that the Debtor is authorized to enter into the loan modification agreement annexed hereto as Exhibit "A".