UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                    :   Case No. 14-35174 (cgm)

Veronica C. Hosking                                              :    Chapter 13:

                                          Debtor(s)         :
_____:

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:   Rushmore Loan Management

**Property Address**:  3 Hook Road Apt 64D, Poughkeepsie, NY 12601

**Last Four Digits of Account Number of Loan**: 8653

**File Date of Loss Mitigation request**: 03/04/2014

**Date of Entry of Loss Mitigation Order**: 07/08/2014

**Date of Entry of Order Approving Settlement (*if any*)**: 04/21/2016

**Other Requests for Loss Mitigation in this Case**: ____ Yes        _X_ No

   The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| X | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

   **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: April 26, 2016**
       **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**